BUCHALTER
A Professional Corporation
ERIC KENNEDY (SBN: 228393)
DANIELLE M. MAYER (SBN: 298995)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.760.1121
Fax: 949.720.0182
Email: ekennedy@buchalter.com

Attorneys for Defendant
TEDDER ACQUISITION, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

ARDEN SILVERMAN dba CAPITAL ASSET PROTECTION,

Plaintiff,

vs.

TEDDER ACQUISITIONS LLC; and DOES 1 to 10,

Defendants.

Case No. 2:24-cv-06989-MRA-MAA

(Removed from Los Angeles County Superior Court, Case No. 24VECV01237)

Assigned to Hon. Judge Mónica Ramírez Almadani

**TEDDER ACQUISITION, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT [DKT. 1]**

**(FED. R. CIV. P. 12(B)(6))**

Date: October 10, 2024
Time: 1:30 p.m.
Judge: Judge Mónica Ramírez Almadani
Dept.: 10B

Complaint Filed: March 20, 2024
Date of Removal: August 16, 2024

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on October 10, 2024, at 1:30 p.m. in Courtroom 10B, or as soon thereafter as the matter may be heard in the above-entitled court, located at 350 W 1st Street, Suite 4311, Los Angeles, California 90012-4565, Defendant Tedder Acquisition, LLC ("Tedder") will move the court to dismiss Plaintiff Arden Silverman dba Capital Asset Protection's First Amended Complaint ("FAC"), Dkt. 1, pursuant to Fed R. Civ. P. 12(b)(6) because Plaintiff's FAC fails to state a claim upon which relief can be granted.

The motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the pleadings and papers filed herein, and such further argument and matters as may be offered at the time of the hearing of this Motion.

This motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on August 29, 2024. *See* Declaration of Danielle M. Mayer.

DATED: September 6, 2024

BUCHALTER
A Professional Corporation

By: */s/ Danielle M. Mayer*
ERIC M. KENNEDY
DANIELLE M. MAYER

Attorneys for Defendant
TEDDER ACQUISITION, LLC