| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Law Office of John M. Kalajian<br>John M. Kalajian, Attorney CalBar # 66366<br>Post Office Box 1690, Simi Valley, CA 93062-1690<br>TELEPHONE NO.: 805 526 8499<br>E-MAIL ADDRESS (Optional): johnkalajian@gmail.com     FAX NO. (Optional): n/a<br>ATTORNEY FOR (Name): plaintiff Arden Silverman dba Capital Asset Protection | |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
STREET ADDRESS: 255 E. Temple Street
MAILING ADDRESS: 255 E. Temple Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Western Division of the Central District of California

PLAINTIFF: ARDEN SILVERMAN dba CAPITAL ASSET PROTECTION

DEFENDANT: TEDDER INDUSTRIES, LLC

| WRIT OF ATTACHMENT<br>☑ AFTER HEARING        ☐ EX PARTE | CASE NUMBER:<br>2:24-cv-06989-MRA-MAA |
|---|---|

1. ☐ TO THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA

2. ☐ To any local or state law enforcement officer authorized to serve this writ in accord with CCP 488.080.

3. ☑ To any private person specially appointed by the court to serve this writ in accord with Local Rule 64-1, 64-2 & 64-3.

4. This writ is to attach property of defendant (name and last known address):   TEDDER INDUSTRIES, LLC; 4411 W. Riverbend, Post Falls, ID 83854

   and the attachment is to secure:  $1,152,116.00

5. Name and address of plaintiff:
   Arden Silverman dba Capital Asset Protection, c/o John M. Kalajian, Attorney, Post Office Box 1690, Simi Valley, CA 93062-1690

6. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment (describe property and state its location; itemize by letter):

   **Any property of the defendant who is not a natural person for which a method of levy is provided by law**

   ☐ This information is on an attached sheet.

7. ☐ An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:
   a. Name:
   b. Mailing address, if known, as shown by the records of the office of the county tax assessor (specify):

8. ☐ The real property on which the
   ☐ crops described in item 6 ___ are growing
   ☐ timber described in item 6 ___ to be cut is standing stands upon the records of the county in the name of
   a. Name:
   b. Address:

[SEAL]

Date: September 17, 2025     Clerk, by _/s/ Cindy Orellana_____, Deputy

Page 1 of 1

CV-04D (05/16)
(AT-135 [Rev. January 1, 2003])      **WRIT OF ATTACHMENT**      Code of Civ. Proc., § 488.010
                                            (Attachment)

**[~~PROPOSED~~] WRIT OF ATTACHMENT**