

AT-167/EJ-152

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: 66,366 | LEVYING OFFICER (name and address): |

NAME: John M. Kalajian, Attorney at Law
FIRM NAME: Law Office of John M. Kalajian
STREET ADDRESS: Post Office Box 1690
CITY: Simi Valley   STATE: CA   ZIP CODE: 93062-1690
TELEPHONE NO.: 805 526 8499   FAX NO.: none
EMAIL ADDRESS: johnkalajian@gmail.com
ATTORNEY FOR (name): plaintiff Arden Silverman

LEVYING OFFICER:
U.S. MARSHAL
350 W. 1st Street
Suite 3001
Los Angeles, CA 90012

SUPERIOR COURT OF CALIFORNIA, COUNTY OF USDC Central District of California
STREET ADDRESS: 255 E. Temple Street
MAILING ADDRESS: 255 E. Temple Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: USDC CENTRAL DISTRICT CALIFORNIA WESTERN DIVISION

PLAINTIFF/PETITIONER: ARDEN SILVERMAN dba CAPITAL ASSET PROTECTION
DEFENDANT/RESPONDENT: TEDDER INDUSTRIES, LLC

LEVYING OFFICER FILE NO.:

**MEMORANDUM OF GARNISHEE**
(Attachment—Enforcement of Judgment)

CASE NUMBER:
2:24-cv-06989-MRA-MAA

NOTICE TO PERSON SERVED WITH WRIT AND NOTICE OF LEVY OR NOTICE OF ATTACHMENT: This memorandum must be completed and mailed or delivered to the levying officer within 10 days after service on you of the writ and notice of levy or attachment unless you have fully complied with the levy. Failure to complete and return this memorandum may render you liable for the costs and attorney fees incurred in obtaining the required information.
— RETURN ALL COPIES OF THIS MEMORANDUM TO THE LEVYING OFFICER —

This memorandum does *not* apply to garnishment of earnings.

1. a. Garnishee (name): Amazon.com Services, LLLC
   b. Address: 410 Terry Ave. North, Seattle, WA 98109

REC'D USMS C/09 – CVL
NOV 19 '25 AM 9:44

2. Judgment Debtor (name): Tedder Industries, LLC, 4411 W Riverbend Ave, Post Falls, ID 83854
3. ☐ (Check if applicable.) The garnishee holds neither any property nor any obligations in favor of the judgment debtor.
4. If you will not deliver to the levying officer any property levied upon, describe the property and the reason for not delivering it:

Amazon.com Services LLC ("Garnishee") responds to the Notice of Attachment and Writ of Attachment received in this action as follows: Following a reasonable search, Garnishee located no account or funds for the Defendant.

Without waiving any right or objection, Garnishee further responds that in an abundance of caution and following a reasonable search, Garnishee's affiliate Amazon Payments, Inc. identified five third-party seller accounts for the Defendant, of which three accounts are blocked and inactive. The total collective balance of the identified accounts is $29,976.92, which is subject to change based on additional sales, returns, chargebacks, and other contractual obligations.

5. **For writ of execution only.** Describe any property of the judgment debtor not levied upon that is in your possession or under your control:

See response to Item 4, above.

(Continued on reverse)

Form Approved for Optional Use
Judicial Council of California
AT-167/EJ-152 [Rev. September 1, 2022]

**MEMORANDUM OF GARNISHEE**
(Attachment—Enforcement of Judgment)

Page 1 of 2
Code Civ. Proc., §§ 488.610, 701.030

AT-167/EJ-152

| SHORT TITLE: SILVERMAN v TEDDER INDUSTRIES, LLC | LEVYING OFFICER FILE NO.: | CASE NUMBER: 2:24-cv-06989-MRA-MAA |
|---|---|---|

6. If you owe money to the judgment debtor which you will not pay to the levying officer, describe the amount and the terms of the obligation and the reason for not paying it to the levying officer:

See response to Item 4, above.

7. Describe the amount and terms of any obligation owed to the judgment debtor that is levied upon but is not yet due and payable:

See response to Item 4, above.

8. For writ of execution only. Describe the amount and terms of any obligation owed to the judgment debtor that is not levied upon:

See response to Item 4, above.

9. Describe any claims and rights of other persons to the property or obligation levied upon that are known to you and the names and addresses of the other persons:

See response to Item 4, above.

**DECLARATION OF GARNISHEE**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 2, 2025

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610 (206) 757-8018

Steven Caplow, as Counsel to Garnishee and its Affiliates
(TYPE OR PRINT NAME)

/s/ Steven Caplow
(SIGNATURE)

If you need more space to provide the information required by this memorandum, you may attach additional pages.
☐ Total number of pages attached: _____

AT-167/EJ-152 [Rev. September 1, 2022]

**MEMORANDUM OF GARNISHEE**
(Attachment–Enforcement of Judgment)

Page 2 of 2

